IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RILETIA J. HAWKINS PRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CIVIL ACTION NO.: 4:22-cv-198 |

**O R D E R**

Plaintiff filed her Complaint initiating this action on August 18, 2022, (doc. 1), and has since filed an Amended Complaint, (doc. 11).  On June 1, 2023, Plaintiff filed a Notice of Dismissal with Prejudice, stating her intent to dismiss the case with prejudice.  (Doc. 27.) Defendant has received multiple extensions of time to answer, but has not filed an answer or a motion for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITH PREJUDICE** and to **CLOSE** this case.

**SO ORDERED**, this 6th day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA